

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,367-01

### EX PARTE JONATHAN LEE MINTER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 30462A-86 IN THE 86TH DISTRICT COURT FROM KAUFMAN COUNTY

*Per curiam*. KEASLER and SLAUGHTER, JJ., dissent.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to twenty-five years' imprisonment. He did not appeal his conviction.

Applicant contends, among other things, that his plea was involuntary. The trial court made findings of fact and conclusions of law and recommended that we deny relief. We conclude that Applicant's plea was involuntary. Relief is granted. The judgment in cause number 30462-86 in the 86th District Court of Kaufman County is set aside, and Applicant is remanded to the custody of the Sheriff of Kaufman County to answer the charges as set out in the indictment. The trial court shall

issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered:          July 3, 2019
Do not publish